**Supreme Court**
No. 2025-307-M.P.

In the Matter of Joseph Molina     :
       Flynn, Esq.              :

**O R D E R**

On October 6, 2025, the Court's Chief Disciplinary Counsel filed an Emergency Petition for Immediate Interim Suspension and for the Appointment of Disciplinary Counsel as Special Master pursuant to Article III, Rule 5(b)(6) of the Supreme Court Rules. The Petition avers, among other facts with supporting evidence, the following:

1.      The Respondent, Joseph Molina Flynn, Esq., is currently an active attorney licensed to practice law in the State of Rhode Island.

2.      For the majority of time relevant hereto, the Respondent-Attorney operated his law practice as a solo practitioner and his legal services primarily concentrated on immigration law, with a small percentage dedicated to criminal and family law matters.

3.      On or about May 12, 2025, Chief Disciplinary Counsel filed a Petition for Discipline against the Respondent-Attorney involving twelve (12) former clients alleging, *inter alia*, that the Respondent-Attorney took legal fees from clients,

performed little or no services, neglected client files, misappropriated client funds, co-mingled client funds, was uncooperative with the reasonable requests of Disciplinary Counsel during the investigation into the disciplinary complaints, and made misrepresentations to Disciplinary Counsel.

4. The Respondent-Attorney is currently under a multi-agency federal criminal investigation involving financial crimes including the Providence Police Department, Department of Homeland Security, the Internal Revenue Service ("IRS") and the Federal Bureau of Investigation ("FBI").

5. Additionally, the Respondent-Attorney has outstanding federal tax liens filed in Suffolk County, Massachusetts from the tax years ending in 2009, 2010, and 2011. Upon information and belief, the Respondent-Attorney has not filed state or federal income taxes since 2011.

6. On or about January 23, 2025, members of the Providence Police, along with federal agents with Homeland Security, the IRS, and the FBI executed a search warrant of the Respondent-Attorney's law office.

7. The Respondent-Attorney has not complied with Disciplinary Counsel's request for assurances that the Respondent-Attorney is safeguarding advance client fees in a trust account, that the Respondent-Attorney designate someone to oversee his IOLTA management, and that the Respondent-Attorney establish a transition plan for when his federal criminal case is concluded.

8. A review of the Respondent-Attorney's BankRI recent bank records demonstrates that he is co-mingling client funds with his business checking account.

9. As of the date of this Petition, the Respondent-Attorney knows he is under criminal investigation.

10. As of the date of this Petition, the Respondent-Attorney is still actively practicing law and receiving client funds for services that will likely not be able to be completed by him, due to the ongoing criminal investigation.

11. As of the date of this Petition, the Respondent-Attorney has not provided sufficient assurances to Disciplinary Counsel about the management his IOTLA and client funds or the operations of his law practice.

12. Thus, there is an immediate need to protect the public from the Respondent-Attorney's further misuse of client funds.

The Emergency Petition came before a single justice of this Court, sitting as Duty Justice. After consideration of this Emergency Petition and the Respondent-Attorney's response thereto, the following is ordered:

1. In furtherance of protecting the public and maintaining the integrity of the legal profession, it is ordered, adjudged, and decreed that the Respondent-Attorney, Joseph Molina Flynn, Esq., is hereby suspended from the practice of law in this state on a temporary basis, **effective immediately** and until further order of this Court.

2.    Effective immediately and until further order of this Court, Chief Disciplinary Counsel is appointed as temporary Special Master and is hereby authorized to take possession of the Respondent-Attorney's client files to inventory same and to take whatever steps deemed necessary to protect the clients' interests, including but not limited to returning the files to the clients or new counsel of each client's choice. Disciplinary Counsel as temporary Special Master is hereby authorized to have full, unfettered access to the Respondent-Attorney's former office and files in order to carry out her duties, and the Respondent-Attorney is ordered to fully cooperate in providing her with this access.

3.    Regarding the Respondent-Attorney's banking accounts, the Special Master is given sole and exclusive access to the following accounts heretofore controlled by the Respondent-Attorney, either solely or jointly: business and operating accounts; trust accounts, including special trust accounts; clients' accounts; estate accounts; and, any and all other accounts related to the Respondent-Attorney's law practice that he uses presently or has in the past utilized for the deposit and maintenance of fiduciary and/or clients' funds and fee advances. The foregoing list of accounts shall also include any accounts where the Respondent-Attorney serves as an agent, special agent, trustee, personal representative, executor, power of attorney, or custodian. The Special Master shall have sole control over these above-described accounts, to the exclusion of the Respondent-Attorney, until

further order of this Court. By this Order, the Court prohibits the Respondent-Attorney or any of his agents from withdrawing or transferring funds from the aforementioned accounts.

4.     Disciplinary Counsel's Emergency Petition and the Respondent-Attorney's response thereto will be further considered by the full Court at its conference on *October 9, 2025*.

Entered as an Order of this Court this *7th* day of *October 2025*.

By Order,

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Joseph Molina Flynn, Esq. | |
| **Case Number** | No. 2025-307-M.P. | |
| **Date Order Filed** | October 7, 2025 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Holly Rao, Esq. | |